PER CURIAM.
Affirmed. See Colonial Stores, Inc. v. Scarbrough, 355 So.2d 1181 (Fla.1978); Marks v. Mandel, 477 So.2d 1036 (Fla. 3d DCA 1985); Luckie v. Piggly-Wiggly Southern, Inc., 173 Ga.App. 177, 325 S.E.2d 844 (1984); Adams v. Zayre Corp., 148 Ill.App.3d 704, 102 Ill.Dec. 121, 499 N.E.2d 678 (1986); Krohne v. Orlando Farming Corp., 102 So.2d 399 (Fla. 2d DCA 1958); H.I. Holding Co. v. Dade County, 129 So.2d 693 (Fla. 3d DCA 1961), cert. denied, 133 So.2d 646 (Fla.1961); Wackenhut Corp. v. Canty, 359 So.2d 430 (Fla.1978); Lassitter v. International Union of Operating Engineers, 349 So.2d 622 (Fla.1976); Fla.R.Civ.P. 1.470(b); Sharpsteen v. Keesler, 178 So.2d 623 (Fla. 3d DCA 1965); see also Browning-Ferris Indus, v. Kelco Disposal, Inc., 492 U.S. -, 109 *835 S.Ct. 2909, 106 L.Ed.2d 219 (1989); Davis v. State, 383 So.2d 620 (Fla.1980).